UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| DEBORAH A. MAYER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-CV-1695- SEB-VSS |
| | ) | |
| MONROE COUNTY COMMUNITY | ) | |
| SCHOOL CORPORATION, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Court's entry of this date granting Defendants' motion for summary

judgment, final judgment is entered in favor of Defendants.  Each party shall bear its own costs.

IT IS SO ORDERED.


Date:    03/10/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Copies to:

Michael L. Schultz
mlslaw@sbcglobal.net

Thomas E. Wheeler II
LOCKE REYNOLDS LLP
twheeler@locke.com

Heather L. Wilson
LOCKE REYNOLDS LLP
hwilson@locke.com